UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| ORLANDO STEVERSON | ) | |

ORDER

Pending before the Court is Defendant Steverson's Motion for Short Extension of Plea Deadlines (Docket No. 1207). The Motion is GRANTED as follows. The deadline for submitting all sentencing (not plea) documents is extended to April 19, 2013 for all parties.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE