UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. ) NO. 3:11-00194
) JUDGE CAMPBELL
STERLING RIVERS, et al. )


ORDER


Pending before the Court is Defendant Orlando Steverson's Motion to Quash Subpoena

(Docket No. 1508). The Court held a hearing on August 22, 2013. For the reasons stated from

the bench, the Motion is DENIED without prejudice to being renewed at trial if Defendant

Steverson invokes his Fifth Amendment rights.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE