UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| ORLANDO STEVERSON | ) | |

## ORDER

Pending before the Court is a letter from the Defendant (Docket No. 1975) requesting a sentence reduction under Amendment 782 of the United States Sentencing Guidelines.

Pursuant to 18 U.S.C. § 3006A, the Court appoints the Federal Public Defender's Office to represent the Defendant, or if necessary, to designate a member of the Federal Defender's Panel to represent the Defendant.

The Probation Office shall prepare a revised Presentence Investigation Report by December 30, 2015, and provide a copy to counsel for the parties. Counsel for the Defendant shall file any supplemental briefs in support of the reduction request on or before January 29, 2016, and the Government shall file any response on or before February 29, 2016.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE